**Order entered August 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00451-CR

### SANTOS CANALES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F97-52180-U**

## ORDER

The Texas Court of Criminal Appeals granted appellant an out-of-time appeal in the above case. The reporter's record was due June 14, 2019. On June 18, 2019, we notified official court reporter Sasha Brooks that the reporter's record was past due and directed her to file it within thirty days. To date, the record has not been filed and we have had no communication from Ms. Brooks.

We **ORDER** the complete reporter's record filed **BY SEPTEMBER 9, 2019**. We caution Ms. Brooks that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE